# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SARAH A. ELLIS,

      Plaintiff,

v.

      Case No. 12-11230
      Hon. Gerald E. Rosen
      Magistrate Judge Michael J. Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## JUDGMENT OF REMAND

At a session of said Court, held in the U.S. Courthouse, Detroit, Michigan on   March 28, 2013

PRESENT: Honorable Gerald E. Rosen
              Chief Judge, United States District Court

The Court having this day entered an order adopting the Magistrate Judge's report and recommendation and granting in part Plaintiff's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, REMANDED to the Defendant Commissioner for further administrative proceedings consistent with the Magistrate Judge's report and recommendation and this Court's order.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: March 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2013, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager, (313) 234-5135