UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH A. ELLIS,

       Plaintiff,

                              Case No. 12-11230
v.                              Hon. Gerald E. Rosen
                              Magistrate Judge Michael J. Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT OF REMAND

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         March 28, 2013

      PRESENT: Honorable Gerald E. Rosen
                         Chief Judge, United States District Court

    The Court having this day entered an order adopting the Magistrate Judge's report

and recommendation and granting in part Plaintiff's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, REMANDED to the Defendant Commissioner for further administrative proceedings consistent with the Magistrate Judge's report and recommendation and this Court's order.

                              s/Gerald E. Rosen  
                              Chief Judge, United States District Court

Dated: March 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2013, by electronic and/or ordinary mail.

                              s/Julie Owens  
                              Case Manager, (313) 234-5135